Frederick J. NERONI, Plaintiff–Appellant,

v.

HINMAN, HOWARD & KATTELL, LLP, Levene, Gouldin & Thompson, LLP, Margaret Fowler, Defendants–Appellees.*

No. 14–3359–cv.

United States Court of Appeals, Second Circuit.

June 25, 2015.

Frederick J. Neroni, pro se, Delhi, NY, for Appellant.

* The Clerk of Court is respectfully directed to amend the official caption in this case to conform with the caption above.

James S. Gleason, Hinman, Howard & Kattell, LLP, Binghamton, NY, Robert A. Barrer, Barclay Damon, LLP, Syracuse, NY, for Appellees.

PRESENT: DENNIS JACOBS, GUIDO CALABRESI and GERARD E. LYNCH, Circuit Judges.

### SUMMARY ORDER

Frederick J. Neroni appeals from the order of the United States District Court for the Northern District of New York (Sharpe, *J.*), granting defendants' motions for attorneys' fees and costs. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

"[W]e review a trial court's decision whether to award attorneys' fees to a prevailing party, and in what amount, under an abuse of discretion standard." *Haley v. Pataki*, 106 F.3d 478, 481 (2d Cir.1997) (internal quotation marks omitted). Upon review of the record, we discern no abuse of discretion and affirm the district court's order for substantially the reasons set forth in its thorough and well-reasoned opinion.

For the foregoing reasons, and finding no merit in Neroni's other arguments, we hereby **AFFIRM** the order of the district court.